UNITED STATES of America, Plaintiff–Appellee,

v.

Cesar MURILLO–MARTINEZ, Defendant–Appellant.

No. 01–30422.
D.C. No. CR–01–30052–MRH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2002.

Decided Jan. 30, 2003.

Before REAVLEY,* KOZINSKI, and W. FLETCHER, Circuit Judges.

MEMORANDUM**

The judgment is affirmed for the reasons stated in *United States v. Moreno–Cisneros*, ―― F.3d ――, No. 01–30421 (9th Cir. Jan. 31, 2003).

AFFIRMED.

* Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.
** This disposition is not appropriate for publication and may not be cited to or by the

W. FLETCHER, Circuit Judge, dissenting.

Judge Fletcher dissents for reasons in his dissent to *United States v. Moreno–Cisneros*.

courts of this circuit except as provided by 9TH CIR. R. 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts